# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Distributed Infinity, Inc. | ) ASBCA Nos. 61427, 61428, 61429 |
| | ) |
| Under Contract Nos. FA8750-10-C-0018 | ) |
| FA8750-11-C-0027 | ) |
| FA8750-11-C-0215 | ) |

APPEARANCE FOR THE APPELLANT:
Robert S. Gardner, Esq.
  Law Office of Robert S. Gardner
  Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:
Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Peter M. Casey, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

For reasons indicated by the parties, the Board is unable to proceed with disposition of these appeals for an inordinate length of time due to factors not within the control of the Board. Accordingly, these appeals are hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeals within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: May 23, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61427, 61428, 61429, Appeals of Distributed Infinity, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2